## MILNER v. GROSS.

1. **Appeal from Justice's Court**: JURISDICTION: AMOUNT IN CONTRO-
   VERSY: REMITTITUR. A judgment was rendered by a justice of the
   peace for $35. On the same day the plaintiff remitted all thereof in
   excess of $24.99. The next day defendant appealed. *Held* that the
   amount in controversy was only $24.99, and that an appeal would not lie.
   REED, J., *dissenting*.

*Appeal from Hardin Circuit Court.*

WEDNESDAY, JUNE 3.

ACTION commenced before a justice of the peace to recover
$35 for the services of an attorney at law. An appeal to the
circuit court was taken by the defendant, and was dismissed
on the ground that the amount in controvery was less than
$25. Defendant now appeals to this court.

*M. W. Anderson* and *Huff & Pillsbury*, for appellant.

*Tom. H. Milner*, for appellee.

BECK, CH. J.—I. The amount in controvery being less than
$100, the case comes here upon a certificate of the judge of the
circuit court, stating the question of law which is thought
desirable for the court to decide. The question is this: A
judgment was rendered by a justice for $35; on the same
day the plaintiff remitted all thereof in excess of $24.99; the
next day defendant appealed; is the amount in controversy
less than $25?

The statute provides that from a justice of the peace "no
appeal shall be allowed in any case where the amount in con-
troversy does not exceed twenty-five dollars." Code § 3575.
When the appeal was allowed the amount in controversy, by
the act of plaintiff in remitting the excess, was $24.99. The
plaintiff, neither in this case nor in any other action, can
recover the sum remitted. The *remittitur* operated as a dis-

charge of that much of the debt. The plaintiff's claim from the moment it was filed was $24.99, and could never be more than that sum. And even if it was filed for the purpose of depriving the circuit court of jurisdiction on appeal, it would not fail of that effect. An analogous case is provided for in the statute. If, in an action before a justice of the peace, a sum exceeding the jurisdiction of that office be found due either party, a *remittitur* may be entered of the amount of such excess, which the party remitting can never afterwards recover. The justice thereupon retains jurisdiction and enters judgment for the sum within his jurisdiction. Code, § 3553. Code, § 3575, limiting appeals to cases involving an amount in controversy exceeding $25, contemplates that the sum involved when the appeal is taken shall determine the right thereto. *Young v. McWaid,* 57 Iowa, 101.

We reach the conclusion that the circuit court ruled correctly in dismissing the appeal. As the decision of the question we have discussed is decisive of the case, other questions discussed by counsel need not be considered.

AFFIRMED.

REED, J., *dissenting.*